# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR CARO<br>                    Plaintiff<br><br>vs.<br><br>CONELIUS FLUNORY; GUARANTEED EXPRESS INCORPORATED; RYDER SYSTEM, INC.; AND RYDER TRUCK RENTAL, INC.<br>                    Defendants<br><br>vs.<br><br>EDWIN PINOTT MORALES<br>                    Third Party Defendant | |
| JOHN AUSTIN<br>                    Plaintiff<br><br>vs.<br><br>CORNELIUS FLUNORY; GUARANTEED EXPRESS INCORPORATED; RYDER SYSTEM, INC.; and RYDER TRUCK RENTAL, INC.<br>          Defendants / Third Party Plaintiffs<br><br>vs.<br><br>BENJAMIN H. ADAMS<br>                    Third Party Defendant | NO. 3:16-CV-01526-ARC<br><br>JURY TRIAL DEMANDED<br>(12 JURORS) |
| JESSE AUSTIN<br>                    Plaintiff<br><br>vs.<br><br>CORNELIUS FLUNORY; GUARANTEED EXPRESS INCORPORATED; RYDER SYSTEM, INC.; AND RYDER TRUCK RENTAL, INC.<br>          Defendants / Third Party Plaintiffs<br><br>vs.<br><br>BENJAMIN H. ADAMS<br>                    Third Party Defendant | |

{PH084392.1}

| RAYMOND BLEEKER, JR.<br>Plaintiff<br><br>vs.<br><br>CORNELIUS FLUNORY; GUARANTEED EXPRESS, INC.; RYDER SYSTEM, INC.; AND RYDER TRUCK RENTAL, INC.<br>Defendants / Third Party Plaintiffs<br><br>BENJAMIN H. ADAMS<br>Third Party Defendant | NO. 3:16-cv-02115-ARC<br><br>JURY TRIAL DEMANDED<br>(12 JURORS) |
|---|---|

## ORDER

**AND NOW**, this <u>13th</u> day of <u>March</u>, 2017, upon consideration of Defendants, Ryder Truck Rental, Inc. and Ryder System, Inc.'s Motion to Consolidate, and any response thereto, **IT IS HEREBY ORDERED AND DECREED** that said Motion is **GRANTED**. The matters of <u>Victor Caro v. Conelius Flunory, et al.</u>, <u>John Austin v. Conelius Flunory, et al.</u>, and <u>Jesse Austin v. Conelius Flunory, et al.</u>, Civil Action - Law 3:16-CV-01526-ARC, shall now be consolidated with the matter of <u>Raymond Bleeker, Jr. v. Conelius Flunory, et al.</u>, Civil Action - Law 3:16-cv-02115-ARC, for the purposes of pre-trial proceedings, trial, and all matters at issue, pursuant to Federal Rule of Civil Procedure 42(a).

**FILED**
**SCRANTON**

MAR 1 3 2017

PER _____
DEPUTY CLERK

**BY THE COURT:**

/s/ A. Richard Caputo
**HONORABLE A. RICHARD CAPUTO, J.**